United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 12-21513-sr
James P Benincasa                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Nov 29, 2016
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.
13077984      Nationstar Mortgage, LLC,   PO Box 61906,   Dallas, TX 75261-9741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              Commonwealth of PA c/o Rhonda Hunsicker     RA-LI-BETO-BankReading@state.pa.us
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
               jayne.m.wessels@irscounsel.treas.gov
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
               JKacsur@grossmcginley.com
              THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
               JKacsur@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-21513-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

James P Benincasa
514 Marks Road
Oreland PA 19075

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/28/2016.

Name and Address of Alleged Transferor(s):

Claim No. 9: Nationstar Mortgage, LLC, PO Box 61906, Dallas, TX 75261-9741

Name and Address of Transferee:

Caliber Home Loans, Inc.
P.O. Box 24330
Oklahoma City, Oklahoma 73134

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/01/16

Tim McGrath
**CLERK OF THE COURT**