United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-21513-sr
James P Benincasa                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Dec 08, 2016
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
13105897        CitiMortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com
          ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
          DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
          DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
           jayne.m.wessels@irscounsel.treas.gov
          JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
           JKacsur@grossmcginley.com
          THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
           JKacsur@grossmcginley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 19

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-21513-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

James P Benincasa
514 Marks Road
Oreland PA 19075

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/06/2016.

Name and Address of Alleged Transferor(s):

Claim No. 10: CitiMortgage, Inc., P O Box 6030, Sioux Falls, SD 57117-6030

Name and Address of Transferee:

Ditech Financial LLC f/k/a Green Tree
Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/10/16

Tim McGrath
**CLERK OF THE COURT**