# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James P Benincasa<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-21513 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: TAR)

                                         Respectfully submitted,

                                         **/s/Thomas Puleo, Esquire**
                                         Thomas Puleo, Esquire
                                         Brian C. Nicholas, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406