UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

JAMES P BENINCASA
                                                                  : Bankruptcy No. 12-21513SR
            Debtor(s)                                             : Chapter 13

## ORDER

AND NOW, this 22nd day of March, 2017, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID HAMILTON LANG ESQ
230 N MONROE STREET
MEDIA PA 19063-

JAMES P BENINCASA
514 MARKS ROAD
ORELAND,PA.19075-