```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 12-21513-sr
James P Benincasa                                                   Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 3                   Date Rcvd: Mar 23, 2017
                              Form ID: pdf900          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db         +James P Benincasa,    514 Marks Road,    Oreland, PA 19075-2341
aty        +David Hamilton Lang,    230 North Monroe Street,    Media, PA 19063-2908
cr         +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
             Dallas, TX 75254-7883
cr         +IRS c/o Jayne M. Wessels,    701 Market St. Suite 2200,    Philadelphia, PA 19106-1533
cr         +Santander Bank, N.A. F/K/A Sovereign Bank,    c/o Thomas A. Capehart, Esq.,    33 S. 7th Street,
             PO Box 4060,    Allentown, PA 18105-4060
12951982   +BAC Home Loans Servicing, LP,    P.O. Box 5170,    Simi Valley, CA 93062-5170
12951983   +Beneficial Bank,    P.O. Box 8480,    Philadelphia, PA 19101-8480
13828346    Caliber Home Loans, Inc.,    P.O. Box 24330,    Oklahoma City, Oklahoma73134
12951985    Citi Mortgage,    PO Box 14451,    Des Moines, IA 50306-3451
13105897    CitiMortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
12963525   +Commonwealth of Pennsylvania - UCTS,    Department of Labor & Industry,
             Attn: Sandra Luckenbill,    Room 203,    625 Cherry St,    Reading, PA 19602-1152
12951986   +Encore Receivables Managment,    P.O. Box 3330,    Olathe, KS 66063-3330
12929571   +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
12929572   +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
12951991   +Law Offices of David H.Lang,    230 North Monroe Street,    Media, Pa 19063-2908
12929574   +Law Offices of Michael F.X. Gillin,    230 North Monroe Street,    Media, Pa 19063-2908
13077984    Nationstar Mortgage, LLC,    PO Box 61906,    Dallas, TX 75261-9741
12951992   +NorthStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4177
12951995   +Sabal Palm at Grandezza Neighborhood Ass,    c/o Robert W. McClure, Esquire,
             3511 Bonita Bay Blvd,    Bonita Springs, FL 34134-1701
12951996   +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13136892    Sovereign Bank, N.A., f/k/a Sovereign Bank,    c/o Thomas A. Capehart, Esq.,
             33 S. 7th Street, PO Box 4060,    Allentown, PA  18105-4060
12929578    Transunion,    PO Box 2000,    Chester, PA 19022-2000
12979716    United States Department of Education,    Claims Filing Unit,    P O Box 8973,
             Madison, WI  53708-8973
12952000   +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
12952001   +Verizon,    Bankruptcy Department,    P.O. Box 3037,    Bloomington, IL 61702-3037
12937400   +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
             Sioux Falls  SD 57104-0422
12952002   +Wells Fargo Educational Services,    P.O. Box 5185,    Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:18     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy.bnc@ditech.com Mar 24 2017 01:35:40     Ditech Financial LLC,
             PO BOX 6154,    Rapid City, SD  57709-6154
cr          E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 01:32:46     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12929570   +Fax: 602-659-2196 Mar 24 2017 02:11:28     CheckSystems,    Attn: Customer Relations,
             7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
12953375    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:54
             Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
             Harrisburg, PA 17128-0946
13832704    E-mail/Text: bankruptcy.bnc@ditech.com Mar 24 2017 01:35:40
             Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
12951989   +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 01:32:46     GE Money Bank,
             Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
12929573    E-mail/Text: cio.bncmail@irs.gov Mar 24 2017 01:35:39     Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13002569    E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2017 01:36:04     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
12929575   +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 24 2017 01:35:57
             Office of the United States Trustee,    833 Chestnut Street,    Suite 500,
             Philadelphia, PA 19107-4405
12929576   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
             Harrisburg, PA 17128-0001
12935482    E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2017 01:32:47
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12951997   +E-mail/Text: cop@santander.us Mar 24 2017 01:35:42     Sovereign/Santander Bank,
             2 Morrissey Blvd,    Mail Stop MA1 MB3 01 08,    Dorchester, MA 02125-3312
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 3                   Date Rcvd: Mar 23, 2017
                              Form ID: pdf900              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12929577       +E-mail/Text: crwkflw@firstdata.com Mar 24 2017 01:36:20      TeleCheck Services, Inc.,
                 5251 Westheimer,    Houston, TX 77056-5416
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK,   c/o Thomas A. Capehart, Esq.,   33 S. 7th Street,
                 PO Box 4060,    Allentown, PA 18105-4060
13828349*       Caliber Home Loans, Inc.,    P.O. Box 24330,    Oklahoma City, Oklahoma73134
12951984*      +CheckSystems,    Attn: Customer Relations,   7805 Hudson Road, Suite 100,
                 Woodbury, MN 55125-1703
12951987*      +Equifax,   PO Box 740256,    Atlanta, GA 30374-0256
12951988*      +Experian,   955 American Lane,    Schaumburg, IL 60173-4998
12951990*       Internal Revenue Service,    Centralized Insolvency Operation,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12951993*      +Office of the United States Trustee,    833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
12951994*      +Pennsylvania Department of Revenue,    Bankruptcy Division,   Department 280946,
                 Harrisburg, PA 17128-0001
12951998*      +TeleCheck Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5416
12951999*       Transunion,    PO Box 2000,   Chester, PA 19022-2000
12999648      ##+Beneficial Bank,    530 Walnut Street,   Phila., PA 19106-3624
                                                                                      TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com
          ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
           LLC ecfmail@mwc-law.com
          Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
          DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
          DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
           jayne.m.wessels@irscounsel.treas.gov
          JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
           JKacsur@grossmcginley.com, epellegrino@grossmcginley.com;dworman@grossmcginley.com
          THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
           JKacsur@grossmcginley.com, epellegrino@grossmcginley.com;dworman@grossmcginley.com
```

```
District/off: 0313-2          User: PaulP              Page 3 of 3            Date Rcvd: Mar 23, 2017
                              Form ID: pdf900          Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

JAMES P BENINCASA
                                                   : Bankruptcy No. 12-21513SR
           Debtor(s)                               : Chapter 13

## ORDER

AND NOW, this 22nd day of March, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID HAMILTON LANG ESQ
230 N MONROE STREET
MEDIA PA 19063-

JAMES P BENINCASA
514 MARKS ROAD
ORELAND,PA.19075-