**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      JAMES BENINCASA         :      Case No. 12-21513sr
            Debtor                  :      Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor filed with the Court a Motion to Reinstate Chapter 13 Case.

**Your rights may be affected.  You should read these pages carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **April 12, 2017** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

        U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Bankruptcy Clerk of Courts
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's Attorney:

        David Hamilton Lang, Esquire
        230 North Monroe Street
        Media, PA 19063
        Phone (610) 246-4411 Fax (610) 565-1846
        Langlawoffice@gmail.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **May 10, 2017 at 10:00 A.M.** in Courtroom No.4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 28, 2017