## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        JAMES BENINCASA         :        Case No. 12-21513sr
              Debtor                  :        Chapter 13

### CERTIFICATE OF NO RESPONSE

I, David Hamilton Lang, Esquire, attorney for the Debtor, hereby certify that I have not received an answer, response or request for a hearing on the Debtor's Motion To Reinstate Chapter 13 Case.

Respectfully submitted:

__/s/ David Lang_____
David Hamilton Lang, Esquire