# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JAMES BENINCASA | : | Case No. 12-21513sr |
| | Debtor | : | Chapter 13 |

## ORDER

AND NOW, this _____ day of _____, 2017, upon motion of the Debtor and after notice and opportunity to be heard, it is hereby ORDERED that the Debtor's Chapter 13 case is reinstated.

_____
**JUDGE STEPHEN RASLAVICH**

**Dated: May 11, 2017**