United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21513-sr
James P Benincasa                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1           Date Rcvd: May 11, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db           +James P Benincasa,    514 Marks Road,    Oreland, PA 19075-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com
              ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ecfmail@mwc-law.com
              Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
              DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
               jayne.m.wessels@irscounsel.treas.gov
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
               JKacsur@grossmcginley.com,  epellegrino@grossmcginley.com;dworman@grossmcginley.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
               JKacsur@grossmcginley.com,  epellegrino@grossmcginley.com;dworman@grossmcginley.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 21

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JAMES BENINCASA | : | Case No. 12-21513sr |
| | Debtor | : | Chapter 13 |

### ORDER

AND NOW, this              day of                          , 2017, upon motion of

the Debtor and after notice and opportunity to be heard, it is hereby ORDERED that the Debtor's

Chapter 13 case is reinstated.

_____

**JUDGE STEPHEN RASLAVICH**

**Dated: May 11, 2017**