United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James P Benincasa
    Debtor

Case No. 12-21513-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Jul 27, 2017
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13832704       E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2017 01:49:20
        Ditech Financial LLC f/k/a Green Tree,   Servicing LLC,   P.O. Box 6154,
        Rapid City, South Dakota 57709-6154
                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com
        ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
        ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
        ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
         LLC ecfmail@mwc-law.com
        Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
        DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
        DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
         jayne.m.wessels@irscounsel.treas.gov
        JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
         JKacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
        THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
         JKacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                  TOTAL: 22

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-21513-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

James P Benincasa
514 Marks Road
Oreland PA 19075

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 10: Ditech Financial LLC f/k/a Green Tree, Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/29/17

Tim McGrath
**CLERK OF THE COURT**