United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-21513-jkf
James P Benincasa                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 3          Date Rcvd: Aug 20, 2018
                              Form ID: 138NEW      Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
```
db          +James P Benincasa,   514 Marks Road,   Oreland, PA 19075-2341
aty         +David Hamilton Lang,   230 North Monroe Street,   Media, PA 19063-2908
cr          +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +Ditech Financial LLC FKA Green Tree Servicing LLC,   14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +IRS c/o Jayne M. Wessels,   701 Market St. Suite 2200,   Philadelphia, PA 19106-1533
cr           New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
              Greenville, SC  29603-0675
cr           New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
              Greenville, SC  29603-0826
cr          +Santander Bank, N.A. F/K/A Sovereign Bank,   c/o Thomas A. Capehart, Esq.,   33 S. 7th Street,
              PO Box 4060,   Allentown, PA 18105-4060
12951982    +BAC Home Loans Servicing, LP,   P.O. Box 5170,   Simi Valley, CA 93062-5170
12951983    +Beneficial Bank,   P.O. Box 8480,   Philadelphia, PA 19101-8480
12999648    +Beneficial Bank,   530 Walnut Street,   Phila., PA 19106-3624
13828346     Caliber Home Loans, Inc.,   P.O. Box 24330,   Oklahoma City, Oklahoma73134
12951985     Citi Mortgage,   PO Box 14451,   Des Moines, IA 50306-3451
13105897     CitiMortgage, Inc.,   P O Box 6030,   Sioux Falls, SD 57117-6030
12951986    +Encore Receivables Managment,   P.O. Box 3330,   Olathe, KS 66063-3330
12929571    +Equifax,   PO Box 740256,   Atlanta, GA 30374-0256
12929572    +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
12951991    +Law Offices of David H.Lang,   230 North Monroe Street,   Media, Pa. 19063-2908
12929574    +Law Offices of Michael F.X. Gillin,   230 North Monroe Street,   Media, Pa. 19063-2908
13077984     Nationstar Mortgage, LLC,   PO Box 61906,   Dallas, TX 75261-9741
13957611     New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10675,
              Greenville, SC 29603-0675
12951992    +NorthStar Mortgage,   350 Highland Drive,   Lewisville, TX 75067-4177
12951995    +Sabal Palm at Grandezza Neighborhood Ass,   c/o Robert W. McClure, Esquire,
              3511 Bonita Bay Blvd,   Bonita Springs, FL 34134-1701
12951996    +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13136892     Sovereign Bank, N.A., f/k/a Sovereign Bank,   c/o Thomas A. Capehart, Esq.,
              33 S. 7th Street, PO Box 4060,   Allentown, PA  18105-4060
12929578    +Transunion,   PO Box 2000,   Chester, PA 19016-2000
12979716     United States Department of Education,   Claims Filing Unit,   P O Box 8973,
              Madison, WI  53708-8973
12952000    +Usdoe/glelsi,   2401 International,   Madison, WI 53704-3121
12937400    +Wells Fargo Bank  N A,   Wells Fargo Education Financial Services,   301 E 58th Street N,
              Sioux Falls  SD 57104-0422
12952002    +Wells Fargo Educational Services,   P.O. Box 5185,   Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:22     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:56
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:09     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2018 02:24:38     Ditech Financial LLC,
              PO BOX 6154,   Rapid City, SD  57709-6154
cr           E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2018 02:38:08     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
12929570    +Fax: 602-659-2196 Aug 21 2018 04:09:50     CheckSystems,   Attn: Customer Relations,
              7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
12963525    +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 21 2018 02:25:39
              Commonwealth of Pennsylvania - UCTS,   Department of Labor & Industry,
              Attn: Sandra Luckenbill,   Room 203,   625 Cherry St,   Reading, PA 19602-1152
12953375     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:56
              Commonwealth of Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
              Harrisburg, PA 17128-0946
13832704     E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2018 02:24:38
              Ditech Financial LLC f/k/a Green Tree,   Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
12951989    +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2018 02:37:50     GE Money Bank,
              Attn: Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
12929573     E-mail/Text: cio.bncmail@irs.gov Aug 21 2018 02:24:36     Internal Revenue Service,
              Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13002569     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2018 02:25:06     Jefferson Capital Systems LLC,
              PO BOX 7999,   SAINT CLOUD MN 56302-9617
12929575    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 21 2018 02:24:59
              Office of the United States Trustee,   833 Chestnut Street,   Suite 500,
              Philadelphia, PA 19107-4405
```

```
District/off: 0313-2           User: PaulP          Page 2 of 3           Date Rcvd: Aug 20, 2018
                               Form ID: 138NEW      Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12929576        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:56
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,
                  Harrisburg, PA 17128-0001
12935482         E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2018 02:38:08
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12951997        +E-mail/Text: cop@santander.us Aug 21 2018 02:24:42       Sovereign/Santander Bank,
                  2 Morrissey Blvd,   Mail Stop MA1 MB3 01 08,   Dorchester, MA 02125-3312
12929577         E-mail/Text: epr@telecheck.com Aug 21 2018 02:25:42       TeleCheck Services, Inc.,
                  5251 Westheimer,   Houston, TX 77056
12952001        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2018 02:24:32
                  Verizon,   Bankruptcy Department,   P.O. Box 3037,   Bloomington, IL 61702-3037
                                                                           TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   PO BOX 10826,   GREENVILLE, SC 29603-0826
cr*             +SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK,   c/o Thomas A. Capehart, Esq.,   33 S. 7th Street,
                  PO Box 4060,   Allentown, PA 18105-4060
13828349*        Caliber Home Loans, Inc.,   P.O. Box 24330,   Oklahoma City, Oklahoma73134
12951984*       +CheckSystems,   Attn: Customer Relations,   7805 Hudson Road, Suite 100,
                  Woodbury, MN 55125-1703
12951987*       +Equifax,   PO Box  740256,   Atlanta, GA 30374-0256
12951988*       +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
12951990*        Internal Revenue Service,   Centralized Insolvency Operation,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
12951993*       +Office of the United States Trustee,   833 Chestnut Street,   Suite 500,
                  Philadelphia, PA 19107-4405
12951994*       +Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,
                  Harrisburg, PA 17128-0001
12951998*      ++TELECHECK SERVICES INC,   P O BOX 6806,   HAGERSTOWN MD 21741-6806
                 (address filed with court: TeleCheck Services, Inc.,   5251 Westheimer,   Houston, TX 77056)
12951999*       +Transunion,   PO Box 2000,   Chester, PA 19016-2000
                                                               TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
           LLC ecfmail@mwc-law.com
          Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
          DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
          DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
           jayne.m.wessels@irscounsel.treas.gov
          JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
```

```
District/off: 0313-2          User: PaulP           Page 3 of 3            Date Rcvd: Aug 20, 2018
                              Form ID: 138NEW       Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
          POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
           JKacsur@grossmcginley.com,  ehutchinson@grossmcginley.com
          THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
           JKacsur@grossmcginley.com,  ehutchinson@grossmcginley.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                          TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James P Benincasa

      Debtor(s)                              Bankruptcy No: 12–21513–jkf

                                           Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 8/20/18