United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James P Benincasa  
    Debtor

Case No. 12-21513-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2     Date Rcvd: Oct 19, 2018  
                   Form ID: 3180W     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.

```
db              +James P Benincasa,    514 Marks Road,    Oreland, PA 19075-2341
12999648        +Beneficial Bank,    530 Walnut Street,    Phila., PA 19106-3624
13828349         Caliber Home Loans, Inc.,    P.O. Box 24330,    Oklahoma City, Oklahoma73134
13957611         New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                   Greenville, SC 29603-0675
13136892         Sovereign Bank, N.A., f/k/a Sovereign Bank,    c/o Thomas A. Capehart, Esq.,
                   33 S. 7th Street, PO Box 4060,    Allentown, PA 18105-4060
12979716         United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                   Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:00     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:15
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2018 02:21:40      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12963525        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 20 2018 02:22:29
                   Commonwealth of Pennsylvania - UCTS,    Department of Labor & Industry,
                   Attn: Sandra Luckenbill,    Room 203,    625 Cherry St,    Reading, PA 19602-1152
12953375         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:15
                   Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                   Harrisburg, PA 17128-0946
12951990         EDI: IRS.COM Oct 20 2018 06:08:00      Internal Revenue Service,
                   Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13002569         EDI: JEFFERSONCAP.COM Oct 20 2018 06:08:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                   SAINT CLOUD MN 56302-9617
12937400        +EDI: WFFC.COM Oct 20 2018 06:08:00      Wells Fargo Bank  N A,
                   Wells Fargo Education Financial Services,    301 E 58th Street N,    Sioux Falls  SD 57104-0422
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:

```
              ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ecfmail@mwc-law.com
              Commonwealth of PA c/o Rhonda Hunsicker    RA-LI-BETO-BankReading@state.pa.us
              DAVID H. LANG    on behalf of Debtor James P Benincasa langlawoffice@gmail.com
              DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Oct 19, 2018
                              Form ID: 3180W           Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JAYNE M WESSELS    on behalf of Creditor    IRS c/o Jayne M. Wessels
               jayne.m.wessels@irscounsel.treas.gov
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, INC. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. F/K/A Sovereign Bank
               JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              THOMAS A. CAPEHART    on behalf of Creditor    SOVEREIGN BANK, N.A F/K/A SOVEREIGN BANK
               JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 22
```

Case 12-21513-jkf    Doc 127    Filed 10/21/18    Entered 10/22/18 12:42:20    Desc
Imaged Certificate of Notice    Page 2 of 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James P Benincasa** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8261** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **12–21513–jkf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James P Benincasa

10/18/18

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W   **Chapter 13 Discharge**   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**